FILED

2011 MAY -6 PM 4:07

CLERK US ...
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2010 Grand Jury

11CR1826 MMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. _____ |
| Plaintiff, | ) I N D I C T M E N T |
| v. | ) Title 21, U.S.C., Secs. 952, 960, |
| JOSE ALFREDO BARBA-SILVA (1), | ) and 963 - Conspiracy to Import |
| JOSE MANUEL GOMEZ-BASTIDAS (2), | ) Methamphetamine; Title 21, U.S.C., |
| aka "Rigo," | ) Secs. 841(a)(1) and 846 - |
| aka "Chochon," | ) Conspiracy to Distribute |
| FERNANDO BASTIDAS-VENEGAS (3), | ) Methamphetamine; Title 18, U.S.C., |
| aka "Primo", | ) Secs. 1956(h) and 1956(a)(2)(A) - |
| | ) Conspiracy to Launder Money; |
| Defendants. | ) Title 21, U.S.C., Sec. 952 and |
| | ) 960 - Importation of |
| | ) Methamphetamine; Title 21, U.S.C., |
| | ) Sec. 841(a)(1) - Possession of |
| | ) Methamphetamine with Intent to |
| | ) Distribute; Title 18, U.S.C., |
| | ) Sec. 2 - Aiding and Abetting; |
| | ) Title 21, U.S.C., Sec. 853 and |
| | ) Title 18, U.S.C., Sec 982 - |
| | ) Criminal Forfeiture |

The grand jury charges:

Count 1

Beginning at a date unknown to the grand jury and continuing up to and including November 7, 2009, within the Southern District of California, and elsewhere, defendants JOSE MANUEL GOMEZ-BASTIDAS, aka "Rigo," aka "Chochon," and FERNANDO BASTIDAS-VENEGAS, aka "Primo," did knowingly and intentionally conspire with each other and with other persons known and unknown to the grand jury to import 50 grams

JSS:nlv(2):San Diego
5/6/11

and more of methamphetamine (actual), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960, and 963.

### Count 2

Beginning at a date unknown to the grand jury and continuing up to and including November 7, 2009, within the Southern District of California, and elsewhere, defendants JOSE ALFREDO BARBA-SILVA, JOSE MANUEL GOMEZ-BASTIDAS, aka "Rigo," aka "Chochon," and FERNANDO BASTIDAS-VENEGAS, aka "Primo,", did knowingly and intentionally conspire with each other and with other persons known and unknown to the grand jury to distribute 50 grams and more of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

### Count 3

Beginning at a date unknown to the grand jury and continuing up to and including November 7, 2009, within the Southern District of California and elsewhere, defendant JOSE ALFREDO BARBA-SILVA, did knowingly and intentionally conspire with other persons known and unknown to the grand jury to commit offenses against the United States under Title 18, United States Code, Section 1956, namely: knowing that property involved in a financial transaction represented proceeds of some form of unlawful activity, which was, in fact, the distribution of a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), transported and attempted to transport monetary instruments, to wit, United States currency, from a place in the United States to a place outside the United States, with the intent to promote the carrying on of distribution of controlled substances, knowing that the transactions were designed in

1 | whole or in part to promote the carrying on of said specified unlawful
2 | activity; in violation of Title 18, United States Code,
3 | Section 1956(a)(2)(A); all in violation of Title 18, United States
4 | Code, Section 1956(h).

<u>Count 4</u>

6 | On or about May 26, 2009, within the Southern District of
7 | California, defendants JOSE ALFREDO BARBA-SILVA, and JOSE MANUEL
8 | GOMEZ-BASTIDAS, aka "Rigo," aka "Chochon,", did knowingly and
9 | intentionally import, into the United States from a place outside
10 | thereof, 50 grams and more of methamphetamine, to wit: approximately
11 | 1731 grams of methamphetamine (actual), a Schedule II Controlled
12 | Substance; in violation of Title 21, United States Code, Sections 952,
13 | and 960, and Title 18, United States Code, Section 2.

<u>Count 5</u>

15 | On or about May 26, 2009, within the Southern District of
16 | California, defendants JOSE ALFREDO BARBA-SILVA, and JOSE MANUEL
17 | GOMEZ-BASTIDAS, aka "Rigo," aka "Chochon,", did knowingly and
18 | intentionally possess, with intent to distribute, 50 grams and more
19 | of methamphetamine, to wit: approximately 1731 grams of
20 | methamphetamine (actual), a Schedule II Controlled Substance; in
21 | violation of Title 21, United States Code, Section 841(a)(1), and
22 | Title 18, United States Code, Section 2.

<u>Count 6</u>

24 | On or about July 28, 2009, within the Southern District of
25 | California, defendants JOSE MANUEL GOMEZ-BASTIDAS, aka "Rigo,"
26 | aka "Chochon," and FERNANDO BASTIDAS-VENEGAS, aka "Primo,", did
27 | knowingly and intentionally import, into the United States from a
28 | place outside thereof, 50 grams and more of methamphetamine, to wit:

approximately 6811 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 952, and 960, and Title 18, United States Code, Section 2.

### Count 7

On or about July 28, 2009, within the Southern District of California, defendants JOSE MANUEL GOMEZ-BASTIDAS, aka "Rigo," aka "Chochon," and FERNANDO BASTIDAS-VENEGAS, aka "Primo,", did knowingly and intentionally possess, with intent to distribute, 50 grams and more of methamphetamine, to wit: approximately 6811 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

### Count 8

On or about November 7, 2009, within the Southern District of California, defendants JOSE MANUEL GOMEZ-BASTIDAS, aka "Rigo," aka "Chochon," and FERNANDO BASTIDAS-VENEGAS, aka "Primo,", did knowingly and intentionally import, into the United States from a place outside thereof, 50 grams and more of methamphetamine, to wit: approximately 16,136 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 952, and 960, and Title 18, United States Code, Section 2.

### Count 9

On or about November 7, 2009, within the Southern District of California, defendants JOSE MANUEL GOMEZ-BASTIDAS, aka "Rigo," aka "Chochon," and FERNANDO BASTIDAS-VENEGAS, aka "Primo,", did knowingly and intentionally possess, with intent to distribute, 50 grams and more of methamphetamine, to wit: approximately 16,136 grams of methamphetamine (actual), a Schedule II Controlled

Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

### Criminal Forfeiture Allegations

1. The allegations contained in Counts 1 through 9 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853, and Title 18, United States Code, Section 982.

2. As a result of the commission of the felony offenses alleged in Counts 1, 2, 4, 5, 6, 7, 8 and 9 of this Indictment, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Section 853(a)(1) and 853(a)(2), defendants JOSE ALFREDO BARBA-SILVA, JOSE MANUEL GOMEZ-BASTIDAS, aka "Rigo," aka "Chochon," and FERNANDO BASTIDAS-VENEGAS, aka "Primo," shall, upon conviction, forfeit to the United States all their rights, title and interest in any and all property constituting, or derived from, any proceeds any defendant obtained, directly or indirectly, as the result of the felony offenses alleged in this Indictment, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in this indictment.

3. As a result of the commission of the felony offense alleged in Count 3, said violation being punishable by imprisonment for more than one year, and pursuant to Title 18, United States Code, Section 982(a)(1), defendant JOSE ALFREDO BARBA-SILVA, shall, upon conviction, forfeit to the United States all rights, title and interest in any and all property involved in such offense, and any property traceable to such property.

1      4.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the said property listed above as being subject to forfeiture.

All in violation of Title 21, United States Code, Section 853, and Title 18, United States Code, Section 982.

DATED: May 6, 2011.

A TRUE BILL:

/s/ *[signature]*
Foreperson

LAURA E. DUFFY
United States Attorney

By: /s/ *[signature]*
JOSEPH S. SMITH, JR.
Assistant U.S. Attorney